**FILED**
April 8, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )     Case No. 2:13-cr-00122-MCE
         Plaintiff,       )
                          )
v.                        )
                          )     ORDER FOR RELEASE OF
STEPHEN GORDON WOOD,      )     PERSON IN CUSTODY
                          )
         Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STEPHEN GORDON WOOD, Case No. 2:13-cr-00122-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__  Bail Posted in the Sum of: $25,000.00.

       __X__  Co-Signed Unsecured Appearance Bond

       ____   Secured Appearance Bond

       __X__  (Other) Conditions as stated on the record.

       ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/8/2013 at 2:47 p.m.

By _____
   Edmund F. Brennan
   United States Magistrate Judge