HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>STEPHEN WOOD,<br><br>            Defendant.<br>_____ | NO. 2:13-cr-0122-MCE<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  August 1, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN WOOD, that the status conference hearing date of June 6, 2013 be vacated, and the matter be set for status conference on August 1, 2013 at 9:00 a.m.

     The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 1, 2013 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 4, 2013.                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender


                                        /s/ Matthew Scoble
                                        MATTHEW SCOBLE
                                        Designated Counsel for Service
                                        Attorney for STEPHEN WOOD

DATED: June 4, 2013.                    BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Matthew Scoble for
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**ORDER**

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 6, 2013, status conference hearing be continued to August 1, 2013, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefor, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  It is ordered that time up to and including the August 1, 2013 status
2  conference shall be excluded from computation of time within which the
3  trial of this matter must be commenced under the Speedy Trial Act
4  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
5  to allow defense counsel reasonable time to prepare.
6      IT IS SO ORDERED.
7  Date: June 04, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT