HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>STEPHEN WOOD,<br><br>                Defendant. | Case No. 13-CR-122 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:    October 24, 2013<br>Time:   9:00 a.m.<br>Judge:  Morrison C. England, Jr. |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN WOOD, that the status conference hearing date of September 12, 2013 be vacated, and the matter be set for status conference on October 24, 2013 at 9:00 a.m.

     The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 24, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

-1-

| | |
|---|---|
| DATED: September 10, 2013 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Matthew M. Scoble<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for STEPHEN WOOD |
| DATED: September 10, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Matthew M. Scoble for<br>MATT MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 12, 2013, status conference hearing be continued to October 24, 2013, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 24, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated:  September 12, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT