HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-122 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTININUING STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDING TIME |
| STEPHEN WOOD, | ) ) | Date:   January 23, 2014 |
| Defendant. | ) ) | Time:   9:00 a.m. Judge:  Morrison C. England, Jr. |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN WOOD, that the status conference hearing date of December 12, 2013 be vacated, and the matter be set for status conference on January 23, 2014 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

///

///

///

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 23, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 10, 2013          HEATHER E. WILLIAMS
                                  Federal Defender


                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for STEPHEN WOOD


DATED: December 10, 2013          BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Matthew M. Scoble for
                                  MATT MORRIS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 12, 2013, status conference hearing be continued to January 23, 2014, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///
///

1  It is ordered that time up to and including the January 23, 2014 status conference shall be
2  excluded from computation of time within which the trial of this matter must be commenced
3  under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-
4  4, to allow defense counsel reasonable time to prepare.

   IT IS SO ORDERED.

Dated:  December 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT