1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  STEPHEN WOOD

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   Case No. 13-cr-122 MCE
                                       )
11                   Plaintiff,        )   STIPULATION AND ORDER
                                       )   CONTININUING STATUS CONFERENCE
12       v.                            )   AND EXCLUDING TIME
                                       )
13  STEPHEN WOOD,                      )   Date:    March 6, 2014
                                       )   Time:    9:00 a.m.
14                   Defendant.        )   Judge:   Morrison C. England, Jr.
                                       )
15

16        IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for

18  Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN WOOD, that the status conference

19  hearing date of January 23, 2014 be vacated, and the matter be set for status conference on

20  March 6, 2014 at 9:00 a.m.

21        The reason for this continuance is to allow defense counsel additional time to review

22  discovery with the defendant, as well as continue negotiations toward resolving the case.

23        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

24  should be excluded from the date of signing of this order through and including March 6, 2014

25  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

26  T4 based upon continuity of counsel and defense preparation.

27  / / /

28
                                      -1-

1    DATED: January 21, 2014              HEATHER E. WILLIAMS
                                          Federal Defender
2

3
                                          /s/ Matthew M. Scoble
4                                         MATTHEW M. SCOBLE
                                          Assistant Federal Defender
5                                         Attorney for STEPHEN WOOD

6

7    DATED: January 21, 2014              BENJAMIN B. WAGNER
                                          United States Attorney
8

9
                                          /s/ Matthew M. Scoble for
10                                        MATT MORRIS
                                          Assistant U.S. Attorney
11                                        Attorney for Plaintiff

12
                                     **ORDER**
13
         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
14
     January 23, 2014, status conference hearing be continued to March 6, 2014, at 9:00 a.m.  Based
15
     on the representation of defense counsel and good cause appearing there from, the Court hereby
16
     finds that the failure to grant a continuance in this case would deny defense counsel reasonable
17
     time necessary for effective preparation, taking into account the exercise of due diligence.  The
18
     Court finds that the ends of justice to be served by granting a continuance outweigh the best
19
     interests of the public and the defendant in a speedy trial.  It is ordered that time up to and
20
     including the March 6, 2014 status conference shall be excluded from computation of time
21
     within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to
22
     18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable
23
     time to prepare.

24   Dated:  January 22, 2014

25

26

27   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT
28