1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-122 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTININUING STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDING TIME |
| STEPHEN WOOD, | ) ) | Date:  April 10, 2014 Time:  9:00 a.m. |
| Defendant. | ) ) | Judge:  Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN WOOD, that the status conference hearing date of February 27, 2014 be vacated, and the matter be set for status conference on April 10, 2014 at 9:00 a.m.

Defense counsel is currently in trial before the Honorable William B. Shubb in the matter of *US v. Longley, et al*. (11-cr-511 WBS).  The case is expected to continue through at least March 14, 2014.  Assistant United States Attorney, Matthew Morris and defense counsel, Matthew Scoble have calendar conflicts which prevent them from hearing this matter until April 2014.  Additionally, this continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 10, 2014

-1-

pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 18, 2014          HEATHER E. WILLIAMS
                                  Federal Defender


                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for STEPHEN WOOD


DATED: February 18, 2014          BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Matthew M. Scoble for
                                  MATT MORRIS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 27, 2014, status conference hearing be continued to April 10, 2014, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 10, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: February 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT