| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|   | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
|   | Telephone: (916) 498-5700 |
| 5 | |
|   | Attorney for Defendant |
| 6 | STEPHEN WOOD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-122 MCE |
|---|---|---|
|                            | ) |                        |
| Plaintiff,                 | ) | STIPULATION AND [PROPOSED] ORDER |
|                            | ) | TO MODIFY PRE-TRIAL RELEASE |
| v.                         | ) | CONDITIONS |
|                            | ) |  |
| STEPHEN WOOD,              | ) | Judge:  HON. ALLISON CLAIRE |
|                            | ) |  |
| Defendant.                 | ) |  |
|                            | ) |  |

(Note: "PROPOSED" is struck through.)

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Stephen Wood, through their respective attorneys, that the release conditions imposed on Mr. Wood on April 9, 2013, may be modified as set forth below.

Mr. Wood has a long-standing hobby which involves designing board games. He designs the games, and then sells the design to game publishers. This also provides a modest secondary income. In order to design his games, Mr. Wood needs access to a computer with design software, but does not need internet access.   Pre-Trial Services is able to install software on computer designated for Mr. Wood's use which would completely disable internet access, but leave other computing functions intact.

Accordingly, the parties and Pre-Trial Services agree that the following conditions may be modified:

13. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, you shall be allowed access to one desktop computer at your wife's residence. This computer will not have internet access.

Further, the parties and Pre-Trial Services agree that the following special condition may be added:

You shall participate in a computer restriction and monitoring program as directed by the pretrial services officer. You shall allow the pretrial services officer to install internet blocking software on the approved computer. You shall not remove, tamper with, or in any way circumvent the software.

All other conditions shall remain in force.

DATED: March 6, 2014            HEATHER E. WILLIAMS
                                Federal Defender


                                /s/ Matthew M. Scoble
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for STEPHEN WOOD


DATED: March 6, 2014            BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Matthew M. Scoble for
                                MATT MORRIS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


## **O R D E R**

The release conditions previously imposed on Mr. Wood are modified as follows:

13.   You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, you shall be allowed access to one desktop computer at your wife's residence. This computer will not have internet access.

The following release condition is added:

You shall participate in a computer restriction and monitoring program as directed by the pretrial services officer. You shall allow the pretrial services officer to install internet blocking software on the approved computer. You shall not remove, tamper with, or in any way circumvent the software.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: March 6, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE