HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>STEPHEN WOOD,<br><br>              Defendant. | Case No. 13-CR-122 MCE<br><br>SECOND AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS<br><br>Judge:   HON. KENDALL J. NEWMAN |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Stephen Wood, through their respective attorneys, that the release conditions imposed on Mr. Wood on April 9, 2013, may be modified as set forth below.

Mr. Wood has a long-standing hobby which involves designing board games. He designs the games, and then sells the design to game publishers. This also provides a modest secondary income. In order to design his games, Mr. Wood needs access to a computer with design software, but does not need internet access. Pre-Trial Services is able to install software on computer designated for Mr. Wood's use which would completely disable internet access, but leave other computing functions intact.

Accordingly, the parties and Pre-Trial Services agree that the following conditions may be modified:

13. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, you shall be allowed access to one laptop computer at your wife's residence. This computer will not have internet access.

Further, the parties and Pre-Trial Services agree that the following special condition may be added:

You shall participate in a computer restriction and monitoring program as directed by the pretrial services officer. You shall allow the pretrial services officer to install internet blocking software on the approved laptop. You shall not remove, tamper with, or in any way circumvent the software.

All other conditions shall remain in force.

DATED: April 16, 2014                HEATHER E. WILLIAMS
                                     Federal Defender


                                     /s/ Matthew M. Scoble
                                     MATTHEW M. SCOBLE
                                     Assistant Federal Defender
                                     Attorney for STEPHEN WOOD


DATED: April 16, 2014                BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Matthew M. Scoble for
                                     MATT MORRIS
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

# **O R D E R**

The release conditions previously imposed on Mr. Wood are modified as follows:

13.  You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, you shall be allowed access to one laptop computer at your wife's residence. This computer will not have internet access.

The following release condition is added:

You shall participate in a computer restriction and monitoring program as directed by the pretrial services officer. You shall allow the pretrial services officer to install internet blocking software on the approved laptop. You shall not remove, tamper with, or in any way circumvent the software.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated:  April 17, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SECOND AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS                -3-                *US v. Wood, 13-122 MCE*