HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-122 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTININUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) ) | |
| STEPHEN WOOD, | ) ) | Date:   July 31, 2014 Time:   9:00 a.m. |
| Defendant. | ) ) | Judge:  Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN WOOD, that the status conference hearing date of June 26, 2014 be vacated, and the matter be set for status conference on July 31, 2014 at 9:00 a.m.

This continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 31, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: June 24, 2014 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | /s/ Matthew M. Scoble<br>MATTHEW M. SCOBLE |
| 4 | | Assistant Federal Defender<br>Attorney for STEPHEN WOOD |
| 5 | | |
| 6 | DATED: June 24, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| 7 | | |
| 8 | | /s/ Matthew M. Scoble for<br>MATT MORRIS |
| 9 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 26, 2014, status conference hearing be continued to July 31, 2014, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 31, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated:  June 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT