HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-cr-0122 MCE |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| v. | |
| STEPHEN WOOD, | |
| Defendant. | |
| | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Stephen Wood, through their respective attorneys, that the release conditions imposed on Mr. Wood on April 9, 2013, may be modified as set forth below.

At the outset of Mr. Wood's Federal case he had only limited contact with his family, pursuant to both a Yuba County Family court order, and per the terms of his pre-trial release conditions.  In compliance with various court orders, Mr. Wood did not reside with his wife and minor daughter ["family residence"], rather in a mobile home, as approved by Pre-Trial Services ["permanent residence"].  Mr. Wood was only  able to have supervised visits with his family (including minor daughter) during the day in the family residence, but had to return to his permanent residence at night.

///

Subsequently, as a part of the family reunification process supervised by Child Protective Services [CPS], the Yuba County Family Court and CPS authorized Mr. Wood to spend one (1) night per week in the family residence. This important step in the family reunification process was at odds with the then existing current Federal conditions of supervised release. Accordingly, the parties, along with Pre-Trial services, met and conferred to devise a condition that would permit these overnight stays in the family residence. This condition was approved by the court on July 30, 2013 [Docket #19].

Since August 1, 2013 Mr. Wood has been spending one night per week in the family residence, he has continued in therapy, and recently, successfully completed the family reunification process, supervised by Yuba County CPS. CPS now recommends that Mr. Wood be permitted to return to the family residence full time. To this end, Pre-Trial Services officer Ryan Garcia has contacted Jaime Wood [the defendant's wife], and Martha Ethington [the defendant's mother-in-law], both of whom reside in the family home. Per Pre-Trial Services, both are willing to serve as third-party custodians. Neither has any known criminal history; Officer Garcia believes both would be appropriate third-party custodians.

Accordingly, the parties and Pre-Trial Services agree that the following conditions may be added:

You are released to the third-party custody of Jamie Wood and Martha Ethington.

You shall not have any unsupervised contact with your minor daughter. All contact must be supervised by your custodians or another third-party approved by the pretrial services officer.

Further, the parties and Pre-Trial Services agree that the following conditions may be modified:

3.  You are to reside with your custodians and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

13. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, you shall be allowed access to one laptop computer at your residence. This computer will not have internet access.

23. You shall not associate or have verbal, written, or telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor.

Finally, the parties and Pre-Trial Services agree that the following conditions may be stricken:  21 and 22.

All other conditions shall remain in force.

Dated:  October 16, 2014

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ MATTHEW M. SCOBLE*
    MATTHEW M. SCOBLE
    Assistant Federal Defender
    Attorney for Defendant
    STEPHEN WOOD

Dated:  October 11, 2014

    BENJAMIN B. WAGNER
    United States Attorney

    */s/ M. Scoble for M. Morris*
    MATTHEW G. MORRIS
    Assistant U.S. Attorney

**O R D E R**

The release conditions previously imposed on Mr. Wood are modified as follows.

The following conditions will be added:

You are released to the third-party custody of Jamie Wood and Martha Ethington.

You shall not have any unsupervised contact with your minor daughter. All contact must be supervised by your custodians or another third-party approved by the pretrial services officer.

The following conditions will be modified:

3. You are to reside with your custodians and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer.

13. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, you shall be allowed access to one laptop computer at your residence. This computer will not have internet access.

23. You shall not associate or have verbal, written, or telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor.

The following conditions will be stricken: 21 and 22.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: October 20, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE