1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   STEPHEN WOOD
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  Case No. 13-cr-122 MCE
                                    )
11              Plaintiff,          )  **AMENDED** STIPULATION AND  ORDER
                                    )  CONTINNUING STATUS CONFERENCE
12      v.                          )  AND EXCLUDING TIME
                                    )
13 STEPHEN WOOD,                    )  Date:   December 11, 2014
                                    )  Time:   9:00 a.m.
14              Defendant.          )  Judge:  Morrison C. England, Jr.
                                    )
15 _____

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for

18 Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN WOOD, that the status conference

19 hearing date of  October 23, 2014 be vacated, and the matter be set for status conference on

20 December 11, 2014 at 9:00 a.m.

21         This continuance is to allow defense counsel additional time to review discovery with the

22 defendant, as well as continue negotiations toward resolving the case.

23         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

24 should be excluded from the date of signing of this order through and including December 11,

25 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

26 Code T4 based upon continuity of counsel and defense preparation.

27 / / /

28 / / /

1    DATED: October 21, 2014                    HEATHER E. WILLIAMS
2                                               Federal Defender

3
                                               /s/ Matthew M. Scoble
4                                              MATTHEW M. SCOBLE
                                               Assistant Federal Defender
5                                              Attorney for STEPHEN WOOD

6

7    DATED: October 21, 2014                    BENJAMIN B. WAGNER
                                               United States Attorney
8

9
                                               /s/ Matthew M. Scoble for
10                                             MATT MORRIS
                                               Assistant U.S. Attorney
11                                             Attorney for Plaintiff

12                              **<u>ORDER</u>**

13          Upon good cause shown and the stipulation of all parties, it is ORDERED that the

14   October 23, 2014, status conference hearing be continued to December 11, 2014, at 9:00 a.m.

15   Based on the representation of defense counsel and good cause appearing there from, the Court

16   hereby finds that the failure to grant a continuance in this case would deny defense counsel

17   reasonable time necessary for effective preparation, taking into account the exercise of due

18   diligence.  The Court finds that the ends of justice to be served by granting a continuance

19   outweigh the best interests of the public and the defendant in a speedy trial.  It is ORDERED that

20   time up to and including the December 11, 2014 status conference shall be excluded from

21   computation of time within which the trial of this matter must be commenced under the Speedy

22   Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

23   defense counsel reasonable time to prepare.

24          IT IS SO ORDERED.
     Dated:  October 24, 2014
25

26
                                               _____
27                                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                               UNITED STATES DISTRICT COURT
28