| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant<br>STEPHEN WOOD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-cr-122 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTININUING STATUS CONFERENCE |
| v. | ) AND EXCLUDING TIME |
| STEPHEN WOOD, | ) Date:   January 29, 2015 |
| Defendant. | ) Time:   9:00 a.m.<br>) Judge:  Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for STEPHEN WOOD, that the status conference hearing date of December 11, 2014 be vacated, and the matter be set for status conference on January 29, 2015 at 9:00 a.m.

   This continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 29, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation. Additionally, defense counsel has had a family emergency and will not be available on the presently set date. Further, counsel prefers this case not be reassigned and requests the continuance.

| | |
|---|---|
| DATED: December 09, 2014 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Heather E. Williams   for*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for STEPHEN WOOD |
| DATED: December 09, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Heather E. Williams   for*<br>MATT MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 11, 2014, status conference hearing be continued to January 29, 2015, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 29, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT