1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  Matthew M. Scoble, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   matthew.scoble@fd.org
5

6  Attorney for Defendant
   STEPHEN WOOD
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,   | Case № 2:13-cr-122 MCE |
12 |         Plaintiff,          | STIPULATION AND ORDER |
                                 | TO CONTINUE STATUS CONFERENCE |
13 |   v.                        |                       |
14 | STEPHEN WOOD,               | DATE:   May 7, 2015   |
                                 | TIME    9:00 a.m.     |
15 |         Defendant.          | JUDGE:  Hon. Morrison C. England, Jr |

16

17     IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

18 through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather

19 Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney

20 for STEPHEN WOOD, that the status conference scheduled for March 26, 2015 be vacated and

21 be continued to May 7, 2015 at 9:00 a.m.

22     Defense counsel requires additional time to review discovery with the defendant and

23 pursue investigation, as well as continue negotiations toward a non-trial disposition.

24      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25 excluded from this order's date through and including May 7, 2015,  pursuant to 18 U.S.C.

26 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

27 based upon continuity of counsel and defense preparation.

28 ///

| | | |
|---|---|---|
| DATED: March 24, 2015 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew M. Scoble*<br>Matthew M. Scoble<br>Assistant Federal Defender<br>Attorney for STEPHEN WOOD |
| DATED: March 24, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Matthew M. Scoble for*<br>Matthew Morris<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 7, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 26, 2015 status conference shall be continued until May 7, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  March 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT