1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   STEPHEN WOOD

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-122 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE TO |
| v. | ) MAY 13, 2016, AT 9:00 A.M. |
| STEPHEN WOOD, | ) Date:  March 25, 2016 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

   The parties stipulate, through respective counsel, that the Court should continue the status conference set on March 25, 2016, at 9:00 a.m., to May 13, 2016, at 9:00 a.m.

   Defense counsel has recently received appointment of this case.  Counsel requires time to confer with Mr. Wood about discovery, defenses at trial, and a proposed plea agreement.

   For these reasons, counsel and the defendant agree that the Court should exclude the time from March 25, 2016, through May 13, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 24, 2016              HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ M.Petrik_____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender

DATED: March 24, 2016              BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for_____
                                   MATTHEW MORRIS
                                   Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for May 13, 2016, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including May 13, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  March 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge