HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHEN WOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN WOOD, <br><br> Defendant. | Case No. 13-122 GEB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 5, 2016, AT 9:00 A.M. <br><br> Date:   June 17, 2016 <br> Time:   9:00 a.m. <br> Judge:  Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on June 17, 2016, at 9:00 a.m., to August 5, 2016, at 9:00 a.m.

Defense counsel requires further time to review discovery, and to confer with Mr. Wood about discovery, defenses at trial, and a proposed plea agreement.

For these reasons, counsel and the defendant agree that the Court should exclude the time from June 17, 2016, through August 5, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

///

///

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 15, 2016            HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ M.Petrik_____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

DATED: June 15, 2016            PHILLIP A. TALBERT
                                Acting United States Attorney

                                /s/ M.Petrik for_____
                                MATTHEW MORRIS
                                Assistant U.S. Attorney

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for August 5, 2016, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including August 5, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  June 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge