1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   STEPHEN WOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-122-GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 2, 2016, AT 9:00 A.M. |
| v. | ) ) | |
| STEPHEN WOOD, | ) ) | Date:  August 5, 2016 Time:  9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on August 5, at 9:00 a.m., to September 2, 2016, at 9:00 a.m.

Defense counsel requires further time to purse investigation of the facts related to the case, review discovery, and to confer with Mr. Wood about discovery, defenses at trial, and a proposed plea agreement.

For these reasons, counsel and the defendant agree that the Court should exclude the time from August 5, 2016, through September 2, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

1    Counsel and the defendant also agree that the ends of justice served by the Court granting
2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 2, 2016                HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ M.Petrik_____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender

DATED: August 2, 2016                PHILLIP A. TALBERT
                                     Acting United States Attorney

                                     /s/ M.Petrik for_____
                                     MATTHEW MORRIS
                                     Assistant U.S. Attorney

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for September 2, 2016, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including September 2, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  August 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge