1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA  95814
4 | Telephone: (916) 498-5700

5 | Attorneys for Defendant
STEPHEN WOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-122-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 16, 2016, AT 9:00 A.M. |
| v. | |
| STEPHEN WOOD, | ) Date:   December 16, 2016 |
| | ) Time:   9:00 a.m. |
| Defendant. | ) Judge:  Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court continue the status conference set on December 16, 2016, at 9:00 a.m., to, January 20, 2017, at 9:00 a.m.

Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case. Additional time is necessary to confer with client about how to proceed with case.

For these reasons, counsel and the defendant agree that the Court should exclude the time up to and including January 20, 2017, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

1   Counsel and the defendant also agree that the ends of justice served by the Court granting
2   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3
4   DATED: December 14, 2016            HEATHER E. WILLIAMS
                                         Federal Defender

5                                        /s/ M.Petrik_____
6                                        MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
7
8   DATED: December 14, 2016            PHILLIP A. TALBERT
                                         United States Attorney
9
                                         /s/ M.Petrik for_____
10                                       MATTHEW MORRIS
                                         Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for January 20, 2017, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including January 20, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: December 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge