HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHEN WOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-122-GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 17, 2017, AT 9:00 A.M. |
| v. | ) ) | |
| STEPHEN WOOD, | ) ) | Date:   February 17, 2017<br>Time:   9:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court continue the status conference set on February 17, 2017, at 9:00 a.m., to, March 17, 2017, at 9:00 a.m.

Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case. Additional time is necessary to confer with client about how to proceed with case.

For these reasons, counsel and the defendant agree that the Court should exclude the time up to and including March 17, 2017, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 15, 2017          HEATHER E. WILLIAMS
                                  Federal Defender

                                  /s/ M. Petrik_____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender

DATED: February 15, 2017          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ M. Petrik for_____
                                  MATTHEW MORRIS
                                  Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for March 17, 2017, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including March 17, 2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  February 15, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge