| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-122 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION TO MODIFY CONDITIONS |
| v. | ) | OF RELEASE |
| | ) | |
| STEPHEN WOOD, | ) | |
| | ) | Hon. EDMUND F. BRENNAN |
| Defendant. | ) | |

The parties stipulate, through respective counsel, after consulting with Mr. Wood's Pretrial Services Officer, that the Court should amend the conditions of release for Mr. Wood as follows:

**<u>SECOND AMENDED SPECIAL CONDITIONS OF RELEASE</u>**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside with your custodians and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

Stipulation To Modify Conditions Of Release -1- 13-122 MCE

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

8. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring;

   **CURFEW:** You are restricted to your residence every day as directed by the pretrial services officer.

10. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

11. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

12. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

13. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, you shall be allowed access to one laptop computer at your residence. This computer will not have internet access;

14. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;
15. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;
16. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
17. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;
18. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;
19. You shall refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
20. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the **counseling** services based upon your ability to pay, as determined by the pretrial services officer;
21. You shall not associate or have verbal, written, or telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;
22. You are released to the third-party custody of Jaime Wood and Martha Ethington;
23. You shall not have any unsupervised contact with your minor daughter. All contact must be supervised by your custodians or another third-party approved by the pretrial services officer;

24. You shall participate in a computer restriction and monitoring program as directed by the pretrial services officer. You shall allow the pretrial services officer to install internet blocking software on the approved laptop. You shall not remove, tamper with, or in any way circumvent the software; and,

*25. **Your daughter shall be allowed to have one password protected Kindle device at your residence. This Kindle device will not have internet access in your residence and you shall not use or possess the device at anytime.***

DATED: June 5, 2017            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: June 5, 2017            PHILLIP A. TALBERT
United States Attorney

/s/ M.Petrik for_____
MATTHEW MORRIS
Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the conditions of release so amended effective immediately.

DATED: June 5, 2017

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge