| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant<br>STEPHEN WOOD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN WOOD,<br><br>　　　　　Defendant. | Case No. 13-122-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:　February 16, 2018<br>Time:　9:00 a.m.<br>Judge:　Hon. Garland E. Burrell, Jr. |

　　　　The parties stipulate, through respective counsel, that the Court continue the status conference set on February 16, 2018, at 9:00 a.m., to March 9, 2018, at 9:00 a.m.

　　　　Defense counsel requires additional time to continue investigating the facts of the case. In addition, defense counsel requires time to confer with his client about how to proceed with case.

　　　　For these reasons, counsel and the defendant agree that the Court should exclude the time up to and including March 9, 2018, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

Stipulation to Continue　　　　　　　　　　　　　　　-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 15, 2018              HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ M. Petrik
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender

DATED: February 15, 2018              MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ M. Petrik for
                                      MATTHEW MORRIS
                                      Assistant United States Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for March 9, 2018, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including March 9, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: February 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge