HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
STEPHEN WOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-122-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| STEPHEN WOOD, | ) Date: March 16, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |
| | ) |

The parties stipulate, through respective counsel, that the Court continue the status conference set on March 16, 2018, at 9:00 a.m., to March 30, 2018, at 9:00 a.m.

Defense counsel requires additional time to continue investigating the facts of the case in light of a proposed plea agreement. In addition, defense counsel requires time to confer with his client about how to proceed with case.

For these reasons, counsel and the defendant agree that the Court should exclude the time up to and including March 30, 2018, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

///

///

///

///

Stipulation to Continue -1- 13-122-GEB

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 15, 2018          HEATHER E. WILLIAMS
Federal Defender

/s/ M. Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: March 15, 2018          McGREGOR SCOTT
United States Attorney

/s/ M. Petrik for_____
MATTHEW MORRIS
Assistant United States Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for March 30, 2018, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including March 30, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: March 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge