| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, JR. #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | STEPHEN WOOD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-122 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR REQUEST TO TRAVEL |
| vs. | ) |
| | ) Hon. Kendall J. Newman |
| STEPHEN WOOD, | ) |
| Defendant. | ) |

The defendant, Stephen Wood, is currently on pretrial release in this district. He has cosigned a $25,000 unsecured bond along with his wife, Jamie Wood.

It is hereby stipulated and agreed between Plaintiff, United States of America, through its counsel of record, Matthew Thuesen, Assistant United States Attorney, and the defendant, Stephen Wood, through Assistant Federal Defender Michael Petrik, Jr., that Defendant's Special Condition of Release Number 5 be temporarily modified to permit him to travel to Mckinleyville, California between February 9, 2019 and February 10, 2019. Pretrial Officer Renee Basurto has no objection to this request.

Specifically, the parties agree that special condition 5 be temporarily modified to enable Mr. Wood to travel from his home in Yuba City, California after 7:00 a.m. on February 9, 2019 and return home on February 10, 2019 by 10:00 p.m. During this trip Mr. Wood and his wife will stay at the Holiday Inn Express in Mckinleyville, California. Mr. Wood will be monitored by a radio frequency device.

Stipulation and Order

| | |
|---|---|
| 1 | Mr. Wood is in compliance and that he will be with his wife/custodian the entire time. |
| 2 | Therefore, the undersigned are entering into this stipulation to request that the above- |
| 3 | described temporary modification be made to Mr. Wood's special conditions of pretrial release. |
| 4 | Respectfully submitted, |

DATED: January 29, 2019     HEATHER E. WILLIAMS
Federal Defender

/s/ M. Petrik, Jr.
M. PETRIK, JR.
Assistant Federal Defender
Attorney for STEPHEN WOOD

DATED: January 29, 2019     McGREGOR W. SCOTT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 5 for defendant, Stephen Wood be temporarily modified so to permit him to travel from Yuba City, California to Mckinleyville, California from February 9, 2019, through February 10, 2019. He is to return home to Yuba City, California by 10:00 p.m. on February 10, 2019.

All other conditions of pretrial release shall remain in force.

Dated: January 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE