| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | STEPHEN WOOD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-122 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR REQUEST TO |
| | ) | TRAVEL |
| vs. | ) | |
| | ) | Hon. Carolyn K. Delaney |
| STEPHEN WOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant, Stephen Wood, is currently on pretrial release in this district. He has cosigned a $25,000 unsecured bond along with his wife, Jamie Wood.

It is hereby stipulated and agreed between Plaintiff, United States of America, through its counsel of record, Matthew Thuesen, Assistant United States Attorney, and the defendant, Stephen Wood, through Assistant Federal Defender, Matthew C. Bockmon, that Defendant's Special Condition of Release Number 5 be temporarily modified to permit him to attend his daughter's 8th Grade graduation on May 30, 2019. The graduation begins at 6:00 p.m. at Franklin School on 332 North Township Road, Yuba City, CA 95993. Mr. Wood will return home prior to curfew. Pretrial Officer Renee Basurto has no objection to this request.

Mr. Wood will be monitored by a radio frequency device.

Mr. Wood is in compliance and that he will be with his wife/custodian the entire time.

Stipulation and Order

Therefore, the undersigned are entering into this stipulation to request that the above-described temporary modification be made to Mr. Wood's special conditions of pretrial release.

Respectfully submitted,

DATED: May 21, 2019  HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon.*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for STEPHEN WOOD

DATED:  May 21, 2019  McGREGOR W. SCOTT
United States Attorney

*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition of Release Number 5 for defendant, Stephen Wood be temporarily modified so he may attend his daughter's 8th Grade graduation on May 30, 2019 at 6:00 p.m.

All other conditions of pretrial release shall remain in force.

Dated: May 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order