Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Stephen Wood

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00122-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO AMEND PRETRIAL RELEASE CONDITIONS** |
| v. | |
| STEPHEN WOOD, | |
| Defendant. | |

The parties, through their respective counsel, after consulting with Mr. Wood's Pretrial Services Officer, that the Court should amend Mr. Wood's conditions. The conditions attached hereto as Exhibit A are intended to replace all previously ordered conditions.

Dated: October 29, 2019.    BARTH DALY LLP


By___/s/ Kresta Nora Daly_____
      KRESTA NORA DALY

Attorneys for Defendant Stephen Wood

//

//

//

{00029608}

NOTICE OF APPEAL                              [Case No. 2:11-CR-00468-TLN]

Dated: October 29, 2019.    McGregor Scott

United States Attorney

By     /s/ Kresta Nora Daly
       MATTHEW THUESEN

## ORDER

Good cause appearing, the pretrial release conditions contained in Exhibit A are adopted.

Dated: 10/30/2019

By _____
Honorable John A. Mendez, Judge

# FOURTH AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Wood, Stephen
No.: 2:13-CR-0122 JAM
Date: October 24, 2019

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. ***You are to reside with your wife/custodian and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;***
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;
6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
7. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
8. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
9. You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.
    i. **CURFEW:** You are restricted to your residence every day as directed by the pretrial services officer.
10. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;
11. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

{00029661}

Wood, Stephen
Page 2

12. You shall not access the Internet; however, you may have wireless internet at your home that is password protected which you do not have access to;
13. *You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. However, you shall be allowed access to one laptop computer at your residence. This computer will not have internet access. In addition, your wife/custodian may have one password protected laptop computer in the home for her daughter's schoolwork. Your wife/custodian will be supervising your daughter while she is on the computer at all times;*
14. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;
15. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;
16. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
17. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;
18. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;
19. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
20. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
21. You are released to the third-party custody of Jaime Wood and Martha Ethington;
22. You shall participate in a computer restriction and monitoring program as directed by the pretrial services officer. You shall allow the pretrial services officer to install internet blocking software on the approved laptop. You shall not remove, tamper with, or in any way circumvent the software; and,

{00029661}

23. Your daughter shall be allowed to have one password protected Kindle device at your residence. This Kindle device will not have internet access in your residence and you shall not use or possess the device at anytime.