Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN WOOD,<br><br>Defendant. | Case No. 2:13-CR-00122-JAM<br><br>**STIPULATION AND ORDER REGARDING SENTENCING** |

Plaintiff, United States of America, by and through its counsel Matthew Thuesen and Defendant Stephen Wood, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

1. Mr. Wood is, and at all times since the filing of this case, has been on supervised pretrial release;

2. Among the conditions of his pretrial release is that Mr. Wood is not allowed any kind of internet access;

3. Since the imposition of those pretrial release conditions the United States has been affected by a global pandemic;

4. Among the results of the pandemic is that this court has not been open to the public since March 2020.  The United States District Court in and for the Eastern District of California has issued multiple emergency orders in light of the pandemic;

{00032045} - 1 -

5. Among the emergency orders issued by this court is an order that all court appearances be conducted via Zoom.

6. Mr. Wood is scheduled to be sentenced on October 27, 2020. The only way for him to appear for court is via Zoom.

7. In order to prevent a violation of Mr. Wood's pretrial release conditions the parties hereby stipulate that Mr. Wood shall be entitled to access the internet on October 27, 2020 beginning at 10:30am [15 minutes prior to court beginning]. Mr. Wood will be permitted to access Zoom in order to attend his court appearance. Access to websites or apps other than Zoom is prohibited. His ability to access the internet will end immediately after the hearing in Mr. Wood's case is concluded which is anticipated to be no later than 12:00pm on October 27, 2020. In no event shall Mr. Wood access the internet after 12:00pm on October 27, 2020 absent further order from this court.

Dated: October 13, 2020.         McGregor Scott, United States Attorney

                                 By   /s/ Kresta Nora Daly
                                      MATTHEW THUESEN

                                 Attorneys for Plaintiff


Dated: October 13, 2020.         BARTH DALY LLP

                                 By   /s/ Kresta Nora Daly
                                      KRESTA NORA DALY

                                 Attorneys for Defendant STEPHEN WOOD

//
//
//
//
//

**Order**

Good cause appearing Mr. Wood shall be entitled to access the internet on October 27, 2020 beginning at 10:30am [15 minutes prior to court beginning]. Mr. Wood is permitted to access Zoom in order to attend his court appearance. Access to websites or apps other than Zoom are prohibited. Mr. Wood's ability to access the internet will end immediately after the hearing in Mr. Wood's case is concluded which is anticipated to be no later than 12:00pm on October 27, 2020. In no event shall Mr. Wood access the internet after 12:00pm on October 27, 2020 absent further order from this court.

DATED: October 13, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE