Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
STEPHEN WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN WOOD,<br><br>    Defendant. | Case No. 2:13-CR-00122-JAM<br><br>**AMENDED STIPULATION AND ORDER REGARDING MODIFIED RELEASE CONDITIONS** |

Plaintiff, United States of America, by and through its counsel Matthew Thuesen and Defendant Stephen Wood, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

1. Mr. Wood is, and at all times since the filing of this case, has been on supervised pretrial release;

2. Mr. Wood is scheduled to self-surrender in Texas on 1/11/2021. He plans to drive with his wife/custodian. They will leave on 1/9/2021. In order to accomplish this the location monitoring equipment must be removed on 1/8/2021. Mr. Wood will turn in his location monitoring equipment on 1/8/2021 by 11:30 am. He will be with his wife/custodian at all times thereafter until he turns himself in on January 11, 2021. Mr. Wood will not be monitored from 1/8/2021 at 3pm until he surrenders on

{00032045}                                   - 1 -

1   1/11/2021. Furthermore, that Pretrial Services will contact the Bureau of Prisons on

2   1/11/2021 to ensure he surrendered.

3   3. Pretrial Services is aware of this Stipulation and Proposed Order and do not object.

Dated: January 4, 2021.          McGregor Scott, United States Attorney

By    /s/ Matthew Thuesen
          MATTHEW THUESEN

Attorneys for Plaintiff

Dated: January 4, 2021.          BARTH DALY LLP

By    /s/ Kresta Nora Daly
          KRESTA NORA DALY

Attorneys for Defendant STEPHEN WOOD

**Order**

Good cause appearing Mr. Wood shall return his location monitoring equipment to Pretrial Services no later than 3pm on January 8, 2021.  Mr. Wood will remain with his wife/custodian at all times thereafter until he turns himself in on January 11, 2021.  Pretrial Services will contact BOP on January 11, 2021 to verify Mr. Wood has reported to his assigned BOP facility.

DATED:  January 4, 2021            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE